1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   Case No.: ED18-452M
                                          )
12                    Plaintiff,          )   ORDER OF DETENTION PENDING
                                          )   FURTHER REVOCATION
13          v.                            )   PROCEEDINGS
     JUAN GALINDO-SOLIS,                  )   (FED. R. CRIM. P. 32.1(a)(6); 18
14                                        )   U.S.C. § 3143(a)(1))
                                          )
                      Defendant.          )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the NORTHERN District of

18   CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             (X)    information in the Pretrial Services Report and Recommendation

26             (X)    information in the violation petition and report(s)

27             (X)    the defendant's nonobjection to detention at this time

28             ()     other:

1

1

2                     and/ or

3   B. ()   The defendant has not met his/her burden of establishing by clear and

4         convincing evidence that he/she is not likely to pose a danger to the safety of

5         any other person or the community if released under 18 U.S.C. § 3142(b) or

6         (c).  This finding is based on the following:

7               ()      information in the Pretrial Services Report and Recommendation

8               ()      information in the violation petition and report(s)

9               ()      the defendant's nonobjection to detention at this time

10              ()      other:

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: November 7, 2018

15                                          _____
                                            KENLY KIYA KATO
                                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28